Charles R. White, Appellant, v. American Electric Fusion Corporation and Edmund J. Henke, Appellees.

Gen. No. 43,145.

opinion filed February 13, 1946; rehearing denied March 1, 1946; released for publication March 8, 1946. Samuel G. Rautbord, for appellant; Elmer Gertz, of counsel; Howard A. Brundage, George E. Kanary and A. B. Manion, for appellees; A. B. Manion, of counsel. Opinion by JUSTICE LEWE. Not to be published in full.

Hattie Gabl, Appellant, v. Equitable Life Assurance Society of United States, Appellee.

Gen. No. 43,182.

opinion filed February 13, 1946; released for publication March 8, 1946. John P. Carey, for appellant; Mayer, Meyer, Austrian & Platt, for appellee; Miles G. Seeley, of counsel. Opinion by JUSTICE LEWE. Not to be published in full.